**WHITE & CASE**

October 2, 2023

BY ECF

Hon. Paul G. Gardephe
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

White & Case LLP
1221 Avenue of the Americas
New York, NY 10020-1095
T +1 212 819 8200

**whitecase.com**

**In re: RULE 45 SUBPOENA ISSUED TO NON-PARTY PFIZER INC., et al**

Dear Judge Gardephe:

We represent Pfizer Inc., King Pharmaceuticals LLC, and Meridian Medical Technologies, LLC (collectively "Pfizer") in the above-referenced matter in which Pfizer has moved, pursuant to Rule 45 of the Federal Rules of Civil Procedure, to quash a subpoena for documents (the "Subpoena") issued by the Plaintiffs in *KPH Healthcare Services, Inc., et al. v. Mylan, N.V., et al.*, 2:20-cv-02065-DDC-TJJ (D. Kan.) (the "Kansas Action").  We write to inform the Court that after discussions between Plaintiffs and Pfizer, Plaintiffs have agreed to withdraw the Subpoena to Pfizer.  Accordingly, Pfizer hereby withdraws its motion to quash the Subpoena.

We appreciate the Court's time and attention to this matter.

Best regards,
/s/ *Raj S. Gandesha*
Raj S. Gandesha
Partner

T +1 212 819 8200
E rgandesha@whitecase.com

cc:   All counsel of record (by ECF)

**MEMO ENDORSED:**  The Clerk of Court is directed to terminate the motion (Dkt. No. 1) and to close the case.

SO ORDERED.

*[signature]*

Paul G. Gardephe
United States District Judge
Date:  October 5, 2023

AMERICAS 125291918